# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30488
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 6, 2014

Lyle W. Cayce
Clerk

WAYNE MICHAEL REAVIS, JR.,

Plaintiff–Appellant,

versus

JAMES M. LEBLANC, Secretary, Department of Corrections;
LOUISIANA STATE DEPARTMENT OF CORRECTIONS;
LOUISIANA STATE PAROLE BOARD,

Defendants–Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-2879

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:*

Wayne Reavis, Jr., *pro se* and *in forma pauperis* ("IFP"), sued the various

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-30488

state defendants under 42 U.S.C. § 1983 seeking money damages and immediate release from confinement based on an alleged miscalculation of his sentence. The allegations are virtually identical to those in another federal suit that was dismissed and not appealed. Here, the district court adopted the report and recommendation of the magistrate judge and dismissed with prejudice, primarily on the ground of res judicata.

As the magistrate judge said, quoting *Wilson v. Lynaugh*, 878 F.2d 846, 850 (5th Cir. 1980), "IFP complaints may be dismissed as frivolous . . . when they seek to relitigate claims which allege substantially the same facts arising from a common series of events which have already been unsuccessfully litigated by the IFP plaintiff." The judgment of dismissal is AFFIRMED. All pending motions are DENIED.